JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE STEWART, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NETWORK CAPITAL FUNDING CORPORATION, and DOES 1 through 10, inclusive, and each of them,<br><br>　　　　　Defendants. | Case No: 2:21-cv-00368-MWF(MAAx)<br><br>**ORDER GRANTING STIPULATION TO STAY CASE** |

　　　The Court, having considered the Parties' stipulation to Stay pending the Ninth Circuit's decision in *Eggleston v. Reward Zone USA, LLC*, Case No. 22-55517, hereby GRANTS the Parties' Stipulation and ORDERS as follows:

　　1. This case is STAYED pending the Ninth Circuit's decision in *Eggleston*.

　　2. The Parties shall file a joint status report no later than fourteen (14) days after the issuance of a ruling in *Eggleston*, addressing the impact of the decision on the litigation of this case.

　　3. The Court directs the Clerk to administratively close this action.

　　**IT IS SO ORDERED.**

Dated: September 29, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge